IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NO. 4:04CR40003 |
| RICHARD J. LACROIX | |

**INFORMATION**

The United States Attorney charges:

**COUNT ONE**
(16 U.S.C. §§703 and 707(a))
Migratory Bird Treaty Act

On or about January 19, 2004, at Upton, in the District of Massachusetts,

**RICHARD J. LACROIX**

the defendant herein, without being permitted to do so by regulation as required by law, did take and possess a migratory non-game bird, to wit, a Cooper's hawk (*Accipiter cooperii*).

All in violation of the Migratory Bird Treaty Act, Title 16, United States Code, Sections 703 and 707(a), Title 50, Code of Federal Regulations, Section 21.11.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Nadine Pellegrini
Assistant U.S. Attorney