AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____ District of _____

**APPEARANCE**

CASE NUMBER: 04-40003

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Richard Lacroix

I certify that I am admitted to practice in this court.

| | |
|---|---|
| April 12, 2004 | Mark E Noonan |
| Date | Signature |
| | Mark E. Noonan   551571 |
| | Print Name / Bar Number |
| | 108 Grove Street Suite 2 |
| | Address |
| | Worcester   MA   01605 |
| | City / State / Zip Code |
| | 508 754-1825   508 757-7408 |
| | Phone Number / Fax Number |