UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

RICHARD LACROIX

Criminal No. 04-40003-CBS

**JOINT MEMORANDUM PURSUANT TO L.R. 116.5**

Pursuant to the court's Notice, dated April 12, 2004, the parties file the following report:

1.  Unusual or complex issues presented requiring early joint conference of District Judge and Magistrate Judge with attorneys:

    For the government: None
    For the defense:    None

2.  Features of case that deserve special attention or modification of the standard schedule

    For the government: None at the moment
    For the defense:    None

3.  Anticipated supplemental discovery

    For the government: None
    For the defense:    None

4.  Discovery concerning expert witnesses pursuant to Fed. R. Crim. P. 16(a)(1)(E) & 16(b)(1)(C)

    If the matter proceeds to trial, the government expects to call a witness as to raptor identification.

5. Applicable periods of excludable delay under Speedy Trial Act

   Pursuant to the court's order on Excludable time dated April 12, 2004, the time from April 12, 2004 (arraignment) until April 26th, 2004, was excludable. There is an additional period of 14 days which is excludable from April 26th, 2004 until May 10th, 2004 as the government produced automatic discovery during this period. (See court's order, FN 1.)

6. Trial is not anticipated.

7. Other matters:

   For the government: None
   For the defense:    None

A motion date pursuant to Fed. R. Crim. P. 12(c) has not been established.

An Interim Status Conference has not been scheduled.

A plea is anticipated and the parties request a date for a Rule 11 hearing at the court's convenience.

_____
Nadine Pellegrini
Assistant U.S. Attorney
Date: 5/17/04
(original date)

_____
Mark Noonan, Esq.
by Nadine Pellegrini
Counsel for the Defendant
Date: 5/17/04 (original date)