UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                              )
UNITED STATES OF AMERICA,     )
                              )
                              )
         v.                   )   **CRIMINAL ACTION**
                              )   **NO. 04-40003-CBS**
RICHARD J. LACROIX,           )
         Defendant,           )
_____)

### ORDER
### June 2, 2004

**SWARTWOOD, M.J.**

1.  <u>Rule 11 Hearing</u>

A Rule 11 hearing shall be held on July 14, 2004, at 10:00 a.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

2.  <u>Excludable Time</u>

I have previously excluded from the Speedy Trial Act, the period from date of arraignment through April 26, 2004. The parties acknowledge and agree that the additional period from April 26, 2004 (date of expiration of prior Order of Excludable Time) through May 10, 2004 (date the Government completed its obligation for discovery) be excluded from the Speedy Trial Act. Additionally, I am excluding from the Speedy Trial Act, the period

from May 10, 2004 through May 27, 2004 (date by which plea negotiations were completed and I was notified that the parties requested a Rule 11 hearing). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Thursday, August 5, 2004</u>.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE
