UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) )       v.                    ) RICHARD LACROIX,         )       Defendant,          ) | CRIMINAL ACTION NO. 04-40003-CBS |

ORDER OF EXCLUDABLE TIME
June 2, 2004

**SWARTWOOD, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from April 26, 2004 (date of expiration of prior order of excludable time) through May 10, 2004 (date the Government completed its obligation for discovery) be excluded from the Speedy Trial Act.  Additionally, I am excluding from the Speedy Trial Act, the period from May 10, 2004 through May 27, 2004 (date by which plea negotiations were completed and I was notified that the parties requested a Rule 11 hearing).

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE